1 Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
2 NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
3 Seattle, WA 98101
Telephone: (206) 274-2800
4 Facsimile: (206) 274-2801

5 Attorneys for Movant John Doe

FILED

AUG 1 8 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE,

  Movant,

v.

SECURITIES AND EXCHANGE
COMMISSION of the UNITED STATES,

  Respondent.

No. CV 11 4083

DECLARATION OF KEITH SCULLY IN SUPPORT OF MOTION TO QUASH ADMINISTRATIVE SUBPOENA

Date: to be determined
Time: to be determined

I, Keith Scully, declare:

1. I am an attorney with Newman Du Wors LLP, counsel of record for Movant John Doe, over eighteen years of age, competent to testify herein, and make the following declaration from personal knowledge.

2. On my firm's request, the SEC provided a copy of an undated Order Directing Private Investigation in the Jammin Java matter (the "Jammin Java Order"), and required Doe to keep the Jammin Java Order confidential.

3. The Jammin Java Order is a total of three pages long. It recites the language of the Securities Act of 1933, and alleges that certain persons may have violated it. It contains no factual information, including no information on the source of the SEC's belief, and no details on how or when the Securities Act might

1
SCULLY DECL IN SUPPORT OF MOTION TO QUASH ADMINISTRATIVE SUBPOENA

1 | have been violated. Neither Doe nor the < jeffreyhooke@gmail.com> email
2 | account is mentioned.
3 |     4.     The SEC is sending numerous subpoenas for different email
4 | addresses. This firm has been contacted requesting representation in response to
5 | different SEC subpoenas. I know through email correspondence with other
6 | attorneys that at least one other law firm has received a similar request from a Doe
7 | client. For each subpoena, the SEC relies on the same boilerplate Jammin Java
8 | Order without providing any detail regarding the particular email address for which
9 | information is sought.
10 |     EXECUTED under penalty of perjury this 18th day of August, 2011, at
11 | Seattle, Washington.

_____
Keith Scully

SCULLY DECL IN SUPPORT OF MOTION TO QUASH ADMINISTRATIVE SUBPOENA