Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

Attorneys for Movant John Doe

FILED
AUG 18 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EDL

JOHN DOE,

Movant,

v.

SECURITIES AND EXCHANGE COMISSION of the UNITED STATES,

Respondent.

CV No. 11 4083

**DECLARATION OF JOHN DOE IN SUPPORT OF MOTION TO QUASH ADMINISTRATIVE SUBPOENA**

Date: to be determined
Time: to be determined

FAXED
FIRST LEGAL SUPPORT SERVICES

I, John Doe, declare:

1. I am the movant in this matter, over eighteen years of age, competent to testify herein, and make the following declaration from personal knowledge.

2. I make this declaration anonymously out of a desire to protect my privacy.

3. I am the owner of <jeffreyhooke@gmail.com>, a free online email address provided by Google. I use < jeffreyhooke @gmail.com> to communicate anonymously over the Internet, including publishing my opinions in online fora.

4. I have chosen not to use my real name, or publish my identifying information, in connection with < jeffreyhooke @gmail.com> in order to protect my privacy.

5. The SEC sent me an email asking to talk, but never contacted me to inform me of its subpoena to Google regarding my email account.

6. On August 1, 2011, Google sent an email to me indicating that Google received an administrative subpoena from the SEC on or about June 21, 2011.

7. Exhibit A to this declaration is a true and correct copy of the subpoena sent to me by Google.

I attest that I have on file a copy of the original signed version of this declaration. I have redacted indentifying information to avoid prejudice to the Declarant's right to anonymity.

EXECUTED under penalty of perjury this 18th day of August, 2011, at Seattle, Washington.

Keith Scully
Attorneys for Movant John Doe

# Exhibit A




# SUBPOENA

# UNITED STATES OF AMERICA

## SECURITIES AND EXCHANGE COMMISSION

In the Matter of Jammin Java Corp. (C-7826)

**To:** Google Legal Investigations Support
1600 Ampitheatre Parkway
Mountain View, CA 94043
Legal-support @google.com

☒ **YOU MUST PRODUCE** everything specified in the Attachment to this Subpoena to officers of the Securities and Exchange Commission, at the place, date and time specified below.

**175 W. Jackson Boulevard, Suite 900, Chicago, IL 60604, on July 7, 2011**

**FEDERAL LAW REQUIRES YOU TO COMPLY WITH THIS SUBPOENA.**
Failure to comply may subject you to a fine and/or imprisonment.

By: [signature] Date: 6-21-11

Kyle P. De Jong
U.S. Securities and Exchange Commission
175 W. Jackson Boulevard, Suite 900
Chicago, Illinois 60604
(312) 886-0897

I am an officer of the Securities and Exchange Commission authorized to issue subpoenas in this matter. The Securities and Exchange Commission has issued a formal order authorizing this investigation under Section 20(a) of the Securities Act of 1933 and Section 21(a) of the Securities Exchange Act of 1934.

## ATTACHMENT TO SUBPOENA

### I. DEFINITIONS

A. The name **"Gmail"** means **Google, Inc.** and **Google, Inc.'s** parents, predecessors, successors, subsidiaries, related corporations, partnerships, professional associations, affiliates, principals, officers, directors, partners, associates, employees, agents, independent contractors, persons acting on its behalf; and **"Gmail"** means any aliases, code names, or trade or business names used by any of the foregoing.

B. The term "document" means all tangible forms of expression whether on paper, or in any other format, including, but not limited to, hard disk, diskette, CD-ROM, DVD or other disc, microfilm, microfiche, magnetic tape, videotape, audiotape, film, or any other electronic media, magnetic media, or laser media.

C. The term "subscriber" means a person or entity to whom **Gmail** has granted a password, user privileges, or other services, including, but not limited to, the right to send or receive e-mail, the right to create, edit, or delete a webpage, the right to post or send messages using a specific user name or alias, or the right to use a shell, file transfer protocol (FTP), or other account.

### II. INSTRUCTIONS

A. **You should not produce any materials that are not subject to production under the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510 et seq.** Accordingly, if you are a communications service provider or remote computing service, you should not provide certain wire or electronic communications such as the contents of e-mails of your customers, subscribers, or other users, unless you are either the sender or intended recipient of the communication.

B. Produce the following:

1. Documents sufficient to identify the subscriber's name, account number, current residential or billing address(es), telephone number(s), credit card numbers and checking account numbers, and other subscriber number or identity, including, but not limited to, the Internet Protocol addresses used by the subscriber when registering for the e-mail address **"jeffreyhooke@gmail.com"**, and when sending and retrieving messages from that address.

2. All documents that relate to, refer to, or concern communications between **Gmail** and the subscriber to the e-mail address **"jeffreyhooke@gmail.com"** where **Gmail** was the sender or intended recipient of the communication.

3. Documents sufficient to identify the names, addresses, phone numbers, and titles of persons at **Gmail** who can answer questions regarding usage, security, and computerized logging of the Internet server(s) or related computer system(s) on which **Gmail's** computer services are maintained.