Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
Keith Scully (*pro hac vice*)
keith@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone:   (206) 274-2800
Facsimile:    (206) 274-2801

Attorneys for Movant John Doe

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>    Movant,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMISSION of the UNITED STATES,<br><br>    Respondent. | CASE NO. 3:11-mc-80209-CRB<br><br>**(PROPOSED) ORDER GRANTING MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE**<br><br>**The Honorable Charles R. Breyer<br>Date: November 18, 2011<br>Time: 10:00 a.m.<br>Location: Courtroom 6, 17th Floor** |

    Movant John Doe moved to modify the October 4, 2011 Order Denying Motion to Quash Subpoena in this matter (the "Motion"). Based on the Court's review of the Motion, any opposition and reply thereto, and the record in this matter, the Court hereby ORDERS that:

    The October 4, 2011 Order Denying Motion to Quash Subpoena is modified, and the Subpoena in the Matter of Jammin Java Corp (C-7826) dated June 21, 2011 and seeking information regarding the email address <jeffreyhooke @gmail.com>, which Defendant Securities and Exchange Commission of the

1 | United States served on third party Google Inc. is QUASHED.

2 |     IT IS SO ORDERED.

3 |     Dated this _____ day of November, 2011.

                                            HONORABLE CHARLES R. BREYER

Presented by:

**NEWMAN DU WORS LLP**

*[signature]*

Derek Newman, State Bar No. 190467
Keith Scully (*pro hac vice*)

Attorneys for Movant John Doe