FILED

JAN 23 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>        Defendant - Appellee. | No. 11-17827<br><br>D.C. No. 3:11-mc-80208-CRB<br>Northern District of California,<br>San Francisco |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Respondent - Appellee,<br><br> v.<br><br>JOHN DOE,<br><br>        Movant - Appellant. | No. 11-17830<br><br>D.C. No. 3:11-mc-80184-CRB<br>Northern District of California,<br>San Francisco |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Respondent - Appellee,<br><br> v. | No. 11-17834<br><br>D.C. No. 3:11-mc-80209-CRB<br>Northern District of California,<br>San Francisco |

SL/MOATT

| JOHN DOE, | |
|---|---|
| Movant - Appellant. | ORDER |

Before:  SILVERMAN and PAEZ, Circuit Judges.

Appellants' respective motions to stay discovery and to enjoin the enforcement of the administrative subpoena are denied.

Appellee's motions for relief from the district court's protective order is denied without prejudice.  No protective order has been entered as of this date.

The court sua sponte consolidates these appeals.  Appeal Nos. 11-178327, 11-17830, and 11-17834 are consolidated.

The briefing schedule established previously shall remain in effect.  All parties on a side are encouraged to join in a single brief to the greatest extent practicable.  *See* 9th Cir. R. 28-4.