MELINDA HARDY (Admitted to DC Bar)
SARAH HANCUR (Admitted to DC Bar)
TY J. COTTRILL (Admitted to DC Bar)
U.S. Securities and Exchange Commission
Office of the General Counsel
100 F Street, NE, Mailstop 9612
Washington, DC 20549
Telephone: 202.551.7929
Facsimile: 202.772.9263
hardym@sec.gov
hancurs@sec.gov
cottrillt@sec.gov

*Attorneys for Respondent*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>    Movant,<br><br>    v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>    Respondent. | Case No. 3:11-MC-80209-CRB<br><br>**[PROPOSED] PROTECTIVE ORDER**<br><br>The Honorable Charles R. Breyer<br>Date:    January 13, 2012 |

The purpose of this Protective Order is to determine the disposition of any documents received by the Securities and Exchange Commission ("SEC") in response to a subpoena issued to Google, Inc. on June 21, 2011 requesting identifying information for the customer with the email address "jeffreyhooke@gmail.com" should the United States Court of Appeals for the Ninth Circuit find the subpoena improper and reverse this Court's Order Denying Doe's Motion to Quash.

## DEFINITIONS

1. The term "Subpoena" means the administrative subpoena issued by the SEC to Google on June 21, 2011 requesting subscriber identifying information for the email address "aurorapartners@gmail.com," including the subscriber's:

- name;
- address;
- local and long distance telephone connection records, or records of session times and durations;
- length of service (including start date) and types of service utilized;
- telephone or instrument number or other subscriber number or identity, including any temporarily assigned network address; and
- means and source of payment for such service (including any credit card or bank account number).

2. The term "document" means any writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations—stored in any medium from which information can be obtained— by which Google has transmitted the subpoenaed information to the SEC.

## General Terms

Upon a finding by the United States Court of Appeals for the Ninth Circuit that the Subpoena is improper, reversing this Court's Order Denying Does's Motion to Quash, the SEC will return or destroy any documents it obtains from Google in response to the Subpoena.

Dated this <u>10th</u> day of January 2012

_____
U̲n̲i̲t̲e̲d̲ ̲S̲t̲a̲t̲e̲s̲ District Court Judge

Dated: January 13, 2012                                       Respectfully submitted,



/s/    Melinda Hardy
_____
MELINDA HARDY (Admitted to DC Bar)
SARAH HANCUR (Admitted to DC Bar)
TY J. COTTRILL (Admitted to DC Bar)
U.S. Securities and Exchange Commission
Office of the General Counsel
100 F Street, NE, Mailstop 9612
Washington, DC 20549
Telephone:  202.551.7929
Facsimile:  202.772.9263
hardym@sec.gov
hancurs@sec.gov
cottrillt@sec.gov

*Attorneys for Respondent*

2